# Wm. Rigglesworth *vs.* Isaac Reed.

A judgment below will be reversed where the name of the garnishee, and the damages and costs are left in blank.

This case was brought up by writ of error for several defects in the record below. Rigglesworth had been proceeded against, in the Court below, as a garnishee in a suit, wherein Reed was plaintiff, but in the

entry of judgment, his name had been left blank. The amount of costs and damages was also left blank.

By THE COURT, MASON, CHIEF JUSTICE.—The proceedings in this case have been so irregular, and the record is so imperfect, that the judgment cannot be allowed to stand. The defects pointed out under the fifth and sixth head, in the assignment of errors, are fatal. The name of the garnishee against whom judgment was rendered was left blank in that judgment. The amount of the costs and damages was also left blank. For these and many other errors, we think that the judgment below should be reversed.

Judgment reversed.